FILED
CLERK, U.S. DISTRICT COURT
10/12/2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$50,000.00 IN U.S. CURRENCY,<br><br>Defendant. | No. CV 17-4117-MWF (FFMx)<br><br>CONSENT JUDGMENT OF FORFEITURE |
| GUOJIAN LOU,<br><br>Claimant. | |

This civil forfeiture action was commenced on June 6, 2017, against the defendant $50,000.00 in U.S. Currency (the "defendant currency"), seized from Guojian Lou ("Lou") on or about November 28, 2016, during a traffic stop of a black 2013 Toyota Sienna vehicle registered to Ximeng Wang in Alhambra, California. On August 18, 2017, Guojian Lou ("Lou") filed a claim of interest and an answer to the complaint. No other parties have appeared in this case and the time for filing claims of interest and answers has expired.

Plaintiff United States of America and Lou have reached an agreement that is dispositive of the action. The parties have requested that the Court enter this Consent Judgment of Forfeiture.

WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency, other than Lou, are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

3. The United States of America shall have judgment as to $41,000.00 of the defendant currency and all interest earned on the entirety of the defendant currency since seizure, and no other person or entity shall have any right, title or interest therein. The United States is ordered to dispose of said funds in accordance with law.

4. $9,000.00 of the defendant currency, without interest, shall be returned to Lou by either check or wire transfer. If the United States elects to make the payment by check, the check shall be payable to "Law Office of Larry C. H. Kuo, APC Client Trust Account," and mailed to Larry C.H. Kuo, Esq., Law Office of Larry C. H. Kuo, APC, 961 North Azusa Avenue, Suite #5, Covina, California 91722. If the United States elects to make the payment by wire transfer, the funds shall be wire transferred to the Law Office of Larry C. H. Kuo, APC Client Trust Account. Lou and his attorney shall provide any and all information, including personal identifiers, needed to process the return of these funds according to federal law.

5. Lou has agreed to release the United States of America, its agencies, agents, and officers, including employees, officers and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action or the underlying seizures, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of Lou, whether

pursuant to 28 U.S.C. § 2465 or otherwise.  If Lou has submitted a petition for remission concerning the defendant currency, said petition is withdrawn and Lou has waived any rights he may have to seek remission or mitigation of the forfeiture of the defendant currency to be forfeited by this judgment.

6. This agreement is not admissible in any proceeding, civil or criminal, except for purposes of enforcing or interpreting the terms of the agreement.  The United States agrees that it will not seek forfeiture of any of the funds being released to Lou pursuant to the terms of this agreement.

7. Each of the Parties shall bear its own attorney's fees and costs in connection with this matter.

8. The Parties waive all appeal rights with respect to this forfeiture matter.

9. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: October 12, 2017

_____
THE HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

**Approved as to Form and Content:**

Dated: _____, 2017   SANDRA R. BROWN
                                Acting United States Attorney
                                LAWRENCE S. MIDDLETON
                                Assistant United States Attorney
                                Chief, Criminal Division
                                STEVEN R. WELK
                                Chief, Asset Forfeiture Section


                                _____
                                KATHARINE SCHONBACHLER
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                United States of America


Dated: _____10/6_____, 2017    LAW OFFICE OF LARRY C.H. KUO, APC

                                /s/ Larry C.H. Kuo
                                _____
                                LARRY C.H. KUO, ESQ.

                                Attorney for Claimant
                                GUOJIAN LOU


Dated: _____10-5_____, 2017    /s/ GUOJIAN LOU
                                _____
                                GUOJIAN LOU

                                Claimant

**Approved as to Form and Content:**

Dated: October 10, 2017

SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Chief, Asset Forfeiture Section

/s/ Katharine Schonbachler
KATHARINE SCHONBACHLER
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

Dated: _____, 2017

LAW OFFICE OF LARRY C.H. KUO, APC

_____
LARRY C.H. KUO, ESQ.

Attorney for Claimant
GUOJIAN LOU

Dated: : _____, 2017

_____
GUOJIAN LOU

Claimant